UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHANA VILLERE | CIVIL ACTION |
| VERSUS | NO. 24-708 |
| SOCIAL SECURITY ADMINISTRATION | SECTION "O" |

# ORDER

Before the Court in this social-security case is the report and recommendation[1] of Magistrate Judge Roby. An administrative law judge (ALJ) denied Plaintiff Shana Villere's application for disability insurance benefits.[2] Magistrate Judge Roby recommends that the Court reverse the ALJ's denial and remand to the ALJ for further consideration because the ALJ did not adequately explain her consideration of the supportability and consistency factors in evaluating the medical-opinion evidence.[3] No party objected to Magistrate Judge Roby's report and recommendation.

Having considered Villere's complaint,[4] the record,[5] the briefing,[6] the law, Magistrate Judge Roby's report and recommendation, and the failure of any party to object to the report and recommendation, the Court approves the report and recommendation and adopts the report and recommendation as the Court's opinion.

---

[1] ECF No. 11.
[2] ECF No. 7 at 20–33.
[3] ECF No. 11 at 4–12.
[4] ECF No. 1.
[5] ECF No. 7.
[6] ECF Nos. 8, 9, 10.

Accordingly,

**IT IS ORDERED** that the ALJ's decision is **REVERSED** and the case is **REMANDED** for further proceedings consistent with this opinion.

New Orleans, Louisiana, this 16th day of October, 2024.

                                              BRANDON S. LONG
                                              UNITED STATES DISTRICT JUDGE